# DurieTangri

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ OCT 13 2011 ★

LONG ISLAND OFFICE

Johanna Calabria
415-362-6666
jcalabria@durietangri.com

October 11, 2011

**VIA FAX TO 631-712-5677**

The Honorable Joseph F. Bianco
United States District Judge
United States District Court for the Eastern District
of New York
100 Federal Plaza
Central Islip, NY 11722

Re:  *EasyWeb Innovations, LLC v. Twitter, Inc.*, No. CV 11-4550

Your Honor:

This office represents Twitter Inc. in the above matter.

Pursuant to Paragraph I(E) of Your Honor's Individual Practices, I write to request a 30-day extension of time to respond to the complaint in this Action. Twitter's response was originally due October 11, 2011. There have been no previous requests for extension of time. Counsel for Plaintiff consents to this extension of time.

Very truly yours,

*/s/ Johanna Calabria*

Johanna Calabria (JC-3915)

JC:jcg

cc:  John Desmarais (via email to jdesmarais@desmaraisllp.com)
     Alan S. Kellman (via email to akellman@desmaraisllp.com)
     Xiao Li (via email to xli@desmaraisllp.com)

217 Leidesdorff Street
San Francisco, California 94111
P (415) 362-6666  F (415) 236-6300
www.durietangri.com