IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| EASYWEB INNOVATIONS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>TWITTER, INC.,<br><br>    Defendant. | Civil Action No. CV 11-4550<br><br>Hon. Joseph F. Bianco<br><br>Hon. William D. Wall, referral<br><br>**JURY TRIAL DEMANDED** |

**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff EasyWeb Innovations, LLC and Defendant Twitter, Inc., through their undersigned counsel, and subject to the approval of the Court, that the time within which Defendant shall answer, move or otherwise respond to Plaintiff's Complaint (ECF No. 1) is extended from October 11, 2011 to November 10, 2011.  This change will not alter the date of any event or any deadline already fixed by Court order.

DATED:  October 18, 2011

                            Respectfully submitted,

                            DESMARAIS LLP

                            By:  */s/ Xiao Li*
                                John M. Desmarais (JD-6460)
                                Alan S. Kellman (AK-6734)
                                Xiao Li (XL-1006)
                                230 Park Avenue
                                New York, NY 10169
                                Tel:  (212) 351-3400
                                Fax:  (212) 351-3401
                                Email:    jdesmarais@desmaraisllp.com
                                                     akellman@desmaraisllp.com
                                                     xli@desmaraisllp.com

                                Attorneys for Plaintiff
                                EASYWEB INNOVATIONS, LLC

DATED: October 18, 2011

        DURIE TANGRI LLP

        By:    /s/ Johanna Calabria
           Daralyn J. Durie *(pro hac vice pending)*
           Joseph C. Gratz *(pro hac vice pending)*
           Johanna Calabria (JC-3915) *(admission pending)*
           217 Leidesdorff Street
           San Francisco, CA 94111
           Tel: (415) 362-6666
           Fax: (415) 236-6300
           Email:   ddurie@durietangri.com
                       jgratz@durietangri.com
                       jcalabria@durietangri.com

        Attorneys for Defendant
        TWITTER, INC

SO ORDERED.


DATED: _____         _____
                                          HON. WILLIAM D. WALL
                                          UNITED STATES MAGISTRATE JUDGE