IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| EASYWEB INNOVATIONS, LLC, | Civil Action No. 2:11-cv-04550-JFB-WDW |
| Plaintiff, | JURY TRIAL DEMANDED |
| v. | |
| TWITTER, INC., | |
| Defendant. | |

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 16 2013 ★
LONG ISLAND OFFICE

**(PROPOSED) ORDER**

Plaintiff EasyWeb Innovations, LLC's ("EasyWeb") Unopposed Motion for Leave to File Under Seal EasyWeb Innovations, LLC's Opposition to Twitter, Inc.'s Motion for Summary Judgment, supporting declaration and Exhibits A - K is hereby GRANTED. It is hereby ordered that EasyWeb Innovations, LLC's Opposition to Twitter, Inc.'s Motion for Summary Judgment, supporting declaration and Exhibits A - K be filed under seal.

SO ORDERED.

Date: April 16 20 13
Central Islip, N.Y