## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| EASYWEB INNOVATIONS, LLC,<br><br>                      Plaintiff,<br><br>      v.<br><br>TWITTER, INC.,<br><br>                      Defendant. | Civil Action No. 2:11-cv-4550-JFB-SIL |

## **NOTICE OF APPEAL**

Notice is hereby given that Plaintiff EasyWeb Innovations, LLC in the above named case hereby appeals to the United States Court of Appeals for the Federal Circuit from the final judgment entered by the District Court in this action on March 31, 2016 (Dkt. No. 105), and from any and all underlying and/or interlocutory decisions, orders, findings, or conclusions of the District Court relating to, pertinent to, or ancillary to the judgment, both written and oral, including but not limited to those in the District Court's Memorandum and Order, dated March 30, 2016 (Dkt. No. 104).

DATED:    April 21, 2016

Respectfully submitted,

  */s/ Jeffrey S. Seddon, II /s/*
John M. Desmarais (JD-6460)
Alan S. Kellman (AK-6734)
Jeffrey Scott Seddon, II (JS-7170)
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
Tel:    (212) 351-3400
Fax:    (212) 351-3401
Email: jdesmarais@desmaraisllp.com
           akellman@desmaraisllp.com
           jseddon@desmaraisllp.com

1

*Counsel for Plaintiff*
*EASYWEB INNOVATIONS, LLC*

## **CERTIFICATE OF SERVICE**

      I certify that the foregoing Notice of Appeal was filed and served on all counsel of record via the Court's CM/ECF system in accordance with the Federal Rules of Civil Procedure and Local Civil Rule 5.2(a) on April 21, 2016.


Dated: April 21, 2016                                                           */s/ Jeffrey S. Seddon, II /s/*
                                                                                          Jeffrey S. Seddon, II